

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00422-CR

**IN RE** Mark **MOLINA**

Original Proceeding[1]

PER CURIAM

Sitting:        Luz Elena D. Chapa, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: May 10, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On April 26, 2023, relator filed a petition for writ of mandamus. Relator is represented by trial counsel below; therefore, he is not entitled to hybrid representation. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's pro se mandamus petition will be treated as presenting nothing for this court's review. *See id*.; *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Accordingly, relator's petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2021CR4278, styled *State of Texas v. Mark Molina*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Kristina Escalona presiding.